UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND; BUILDING SERVICE 32BJ PENSION FUND; BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND; BUILDING SERVICE 32BJ LEGAL SERVICES FUND; and BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS PLAN,

Petitioners,

-v.-

260-261 Madison Avenue LLC,

Respondents.

26 Civ. 9703 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 5, 2026, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **December 18, 2026**. Respondent's opposition, if any, is due on **January 15, 2027.** Petitioners' reply, if any, is due **January 29, 2027.**

SO ORDERED.

Dated: November 17, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge